IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00003-M-2

UNITED STATES OF AMERICA

v.

JOSHUA SCOTT SMITH,

Defendant.

ORDER

This matter comes before the court sua sponte. Pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, the court corrects a typographical error read during the pronouncement of Defendant's sentence regarding denial of federal benefits. At the hearing on August 22, 2024, the court stated: "It is adjudged that pursuant to 21 U.S.C. § 862(a)(1)(A), the defendant shall be ineligible for all federal benefits for a period of one year beginning this date." However, the proper statute under which the order is made is 21 U.S.C. § 862(b)(1)(A). The Clerk of the Court shall ensure that the proper statutory citation appears in the Judgment.

SO ORDERED this 27th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE